

FILED
FEB 15 2013
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Finettie Hawkins,

        Plaintiff,

v.

City of Warren, et al.,

        Defendants.
_____/

Civil Action No. 12-13810

District Judge Patrick J. Duggan

Magistrate Judge Laurie J. Michelson

## NOTICE OF SETTLEMENT AGREEMENT

The matter having come before the Court for the purpose of settlement, the parties having reached a settlement, NOTICE IS HEREBY GIVEN THAT THE CASE IS RESOLVED.

Counsel for the plaintiff/defendant is directed to file a stipulation and order of dismissal for signature by the district judge on or before the time of the District Court's motion hearing for approval of the settlement. Additionally, the parties agree to confidentiality and exchange of up-front money payment at the time of the motion hearing.

Dated: 2/15/13

_____
Laurie J. Michelson
United States Magistrate Judge

**Consented to:**

**Finettie Hawkins**

Plaintiff

**City of Warren, R. Richardson, K. Teolis,
P. Kulisek, R. Horlocker, C. McCabe,
W. Mierzwinski**

Defendants

_____
Counsel for Plaintiff

_____
Counsel for Defendants