# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FINETTIE HAWKINS, Personal Representative of the Estate of RICHARD KOKENOS, deceased,

        Plaintiff,

v.

CITY OF WARREN, a municipal corporation, WILLIAM DWYER OFFICER RANDALL RICHARDSON, OFFICER KIMBERLY TEOLIS, OFFICER PAUL KULISEK, OFFICER ROBERT HORLOCKER, OFFICER COLIN MCCABE, and OFFICER WILLIAM MIERZWINSKI, Individually, and in Their Official Capacity, Jointly and Severally,

        Defendants.

CASE NO: 2:12-cv-13810-PJD-LJM

HON. PATRICK J. DUGGAN

MAGISTRATE JUDGE LAURIE J. MICHELSON

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | JOHN J. GILLOOLY (P41948) |
| E. JASON BLANKENSHIP (P63566) | JAMI E. LEACH (P53524) |
| FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON, P.C. | GARAN LUCOW MILLER, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 19390 W. Ten Mile Road | 1000 Woodbridge Street |
| Southfield, MI 48075 | Detroit, MI 48207 |
| 248.355.5555 | 313.446.5538 |
| j.blankenship@fiegerlaw.com | jleach@garanlucow.com |

## MOTION TO APPROVE SETTLEMENT AND DISBURSEMENT OF WRONGFUL DEATH PROCEEDS

NOW COMES the Plaintiff, FINETTIE HAWKINS, as Personal Representative of the Estate of RICHARD KOKENOS, by and through her attorneys, FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON, P.C., and for her Motion to Approve Settlement and Disbursement of Wrongful Death Proceeds, states as follows:

1. This wrongful death lawsuit was resolved with the assistance of Magistrate Judge Michelson at a settlement conference.

2. The Personal Representative of the Estate requests that the court approve the settlement amount attached as Confidential Exhibit A.

3. There are no other outstanding funeral and medical expenses.

4. No money is being paid for conscious pain and suffering.

WHEREFORE, Plaintiff respectfully requests this Honorable court grant her Motion.

                Respectfully submitted,

                /s/ E. Jason Blankenship
                Geoffrey N. Fieger (P30441)
                E. Jason Blankenship (P63566)
                FIEGER, FIEGER, KENNEY, GIROUX,
                    DANZIG & HARRINGTON  P.C.
                Attorneys for Plaintiff
                19390 W. Ten Mile Road
                Southfield, MI 48075
Dated: February 28, 2013       (248) 355-5555

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FINETTIE HAWKINS, Personal Representative of the Estate of RICHARD KOKENOS, deceased,

      Plaintiff,

v.

CITY OF WARREN, a municipal corporation, WILLIAM DWYER OFFICER RANDALL RICHARDSON, OFFICER KIMBERLY TEOLIS, OFFICER PAUL KULISEK, OFFICER ROBERT HORLOCKER, OFFICER COLIN MCCABE, and OFFICER WILLIAM MIERZWINSKI, Individually, and in Their Official Capacity, Jointly and Severally,

      Defendants.

CASE NO: 2:12-cv-13810-PJD-LJM

HON. PATRICK J. DUGGAN

MAGISTRATE JUDGE LAURIE J. MICHELSON

---

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>E. JASON BLANKENSHIP (P63566)<br>FIEGER, FIEGER, KENNEY, GIROUX,<br>   DANZIG & HARRINGTON, P.C.<br>Attorneys for Plaintiff<br>19390 W. Ten Mile Road<br>Southfield, MI 48075<br>248.355.5555<br>j.blankenship@fiegerlaw.com | JOHN J. GILLOOLY (P41948)<br>JAMI E. LEACH (P53524)<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendants<br>1000 Woodbridge Street<br>Detroit, MI 48207<br>313.446.5538<br>jleach@garanlucow.com |

## **BRIEF IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND DISBURSEMENT OF WRONGFUL DEATH PROCEEDS**

    The Plaintiff relies upon MCLA 600.2922(5) which reads:

> "If, for the purpose of settling a claim for damages for wrongful death where an action for those damages is pending, a motion is filed with the Court where the action is pending by the personal representative asking leave of the Court to settle the claim, the court shall, with or without notice, conduct a hearing and approve or reject the proposed settlement."

      The parties have negotiated a settlement with the assistance of a facilitator.

                                        Respectfully submitted,

                                        /s/ E. Jason Blankenship
                                      Geoffrey N. Fieger (P30441)
                                      E. Jason Blankenship (P63566)
                                      FIEGER, FIEGER, KENNEY, GIROUX,
                                              DANZIG & HARRINGTON  P.C.
                                      Attorneys for Plaintiff
                                      19390 W. Ten Mile Road
                                      Southfield, MI 48075
Dated: February 28, 2013          (248) 355-5555

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 28, 2013, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

>John J. Gillooly, Esq.
>Jami E. Leach, Esq.
>GARAN LUCOW MILLER, P.C.
>1000 Woodbridge Street
>Detroit, MI 48207
>jleach@garanlucow.com

                Respectfully submitted,

                /s/ E. Jason Blankenship
                Geoffrey N. Fieger (P30441)
                E. Jason Blankenship (P63566)
                FIEGER, FIEGER, KENNEY, GIROUX,
                    DANZIG & HARRINGTON  P.C.
                Attorneys for Plaintiff
                19390 W. Ten Mile Road
                Southfield, MI 48075
                (248) 355-5555