# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FINETTIE HAWKINS, Personal Representative of the Estate of RICHARD KOKENOS, deceased,

        Plaintiff,

v.

CITY OF WARREN, a municipal corporation, WILLIAM DWYER OFFICER RANDALL RICHARDSON, OFFICER KIMBERLY TEOLIS, OFFICER PAUL KULISEK, OFFICER ROBERT HORLOCKER, OFFICER COLIN MCCABE, and OFFICER WILLIAM MIERZWINSKI, Individually, and in Their Official Capacity, Jointly and Severally,

        Defendants.

CASE NO: 2:12-cv-13810-PJD-LJM

HON. PATRICK J. DUGGAN

MAGISTRATE JUDGE LAURIE J. MICHELSON

---

GEOFFREY N. FIEGER (P30441)
E. JASON BLANKENSHIP (P63566)
FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON, P.C.
Attorneys for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075
248.355.5555
j.blankenship@fiegerlaw.com

JOHN J. GILLOOLY (P41948)
JAMI E. LEACH (P53524)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants
1000 Woodbridge Street
Detroit, MI 48207
313.446.5538
jleach@garanlucow.com

---

## MOTION TO APPROVE SETTLEMENT AND DISBURSEMENT OF WRONGFUL DEATH PROCEEDS

### INDEX OF EXHIBITS

Exhibit A:    Confidential Settlement Breakdown - SEALED

Exhibit B:    Proposed Order Approving Settlement and Disbursement of Wrongful Death Settlement Proceeds - SEALED

Exhibit C:    Request for Hearing Before Magistrate Judge Laurie J. Michelson