# EXHIBIT C

**EXHIBIT C**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| FINETTIE HAWKINS, Personal Representative of the Estate of RICHARD KOKENOS, deceased,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF WARREN, a municipal corporation, WILLIAM DWYER OFFICER RANDALL RICHARDSON, OFFICER KIMBERLY TEOLIS, OFFICER PAUL KULISEK, OFFICER ROBERT HORLOCKER, OFFICER COLIN MCCABE, and OFFICER WILLIAM MIERZWINSKI, Individually, and in Their Official Capacity, Jointly and Severally,<br><br>   Defendants. | CASE NO: 2:12-cv-13810-PJD-LJM<br><br>HON. PATRICK J. DUGGAN<br><br>MAGISTRATE JUDGE LAURIE J. MICHELSON |

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>E. JASON BLANKENSHIP (P63566)<br>FIEGER, FIEGER, KENNEY, GIROUX, DANZIG<br> & HARRINGTON, P.C.<br>Attorneys for Plaintiff<br>19390 W. Ten Mile Road<br>Southfield, MI 48075<br>248.355.5555<br>j.blankenship@fiegerlaw.com | JOHN J. GILLOOLY (P41948)<br>JAMI E. LEACH (P53524)<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendants<br>1000 Woodbridge Street<br>Detroit, MI 48207<br>313.446.5538<br>jleach@garanlucow.com |

### REQUEST FOR HEARING BEFORE
### MAGISTRATE JUDGE LAURIE J. MICHELSON

  NOW COMES the Plaintiff, FINETTIE HAWKINS, as Personal Representative of the Estate of RICHARD KOKENOS, by and through her attorneys, FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON, P.C., and respectfully requests a hearing regarding *Plaintiff's Motion to Approve Settlement and Disbursement of Wrongful Death Proceeds* before Magistrate

Judge Michaelson on a date and time to be set by this Honorable Court during the week of March 11, 2013.

                                          Respectfully submitted,

                                          /s/ E. Jason Blankenship
                                          Geoffrey N. Fieger (P30441)
                                          E. Jason Blankenship (P63566)
                                          FIEGER, FIEGER, KENNEY, GIROUX,
                                               DANZIG & HARRINGTON P.C.
                                          Attorneys for Plaintiff
                                          19390 W. Ten Mile Road
                                          Southfield, MI 48075
Dated: February 28, 2013           (248) 355-5555