UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Finettie Hawkins,

               Plaintiff(s),

v.                                                   Case No. 2:12–cv–13810–PJD–LJM
                                                     Hon. Patrick J. Duggan

Warren, City of, et al.,

               Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before Magistrate Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 640.  The following motion(s) are scheduled for hearing:

        Motion for Order – #17

- RESPONSE DUE:  March 8, 2013
- MOTION HEARING:  March 12, 2013 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/J. Johnson
                                                           Case Manager

Dated:  March 1, 2013