UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAR 15 2013
CLERK'S OFFICE
DETROIT

FINETTIE HAWKINS, Personal
Representative of the Estate of RICHARD
KOKENOS, deceased,

    Plaintiff,

v.

CITY OF WARREN, a municipal
corporation, WILLIAM DWYER
OFFICER RANDALL RICHARDSON,
OFFICER KIMBERLY TEOLIS,
OFFICER PAUL KULISEK, OFFICER
ROBERT HORLOCKER, OFFICER
COLIN MCCABE, and OFFICER
WILLIAM MIERZWINSKI, Individually,
and in Their Official Capacity, Jointly and
Severally,
    Defendants.

CASE NO: 2:12-cv-13810-PJD-LJM

HON. PATRICK J. DUGGAN

MAGISTRATE JUDGE LAURIE J. MICHELSON

---

| GEOFFREY N. FIEGER (P30441)<br>E. JASON BLANKENSHIP (P63566)<br>FIEGER, FIEGER, KENNEY, GIROUX,<br>   DANZIG & HARRINGTON, P.C.<br>Attorneys for Plaintiff<br>19390 W. Ten Mile Road<br>Southfield, MI 48075<br>248.355.5555<br>j.blankenship@fiegerlaw.com | JOHN J. GILLOOLY (P41948)<br>JAMI E. LEACH (P53524)<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendants<br>1000 Woodbridge Street<br>Detroit, MI 48207<br>313.446.5538<br>jleach@garanlucow.com |
|---|---|

---

**AMENDED STIPULATED ORDER APPROVING SETTLEMENT AND
DISBURSEMENT OF WRONGFUL DEATH SETTLEMENT PROCEEDS**

    This matter having come before the Court on Plaintiff's Motion to Approve Settlement and Disbursement of Wrongful Death Settlement Proceeds, the court having read the briefs, heard oral argument and being otherwise fully advised;

NOW THEREFORE:

**IT IS HEREBY ORDERED** that the settlement as set forth in Amended Confidential Exhibit A is approved.

**IT IS FURTHER ORDERED** that the disbursement of the settlement proceeds shall be paid as set out in Amended Confidential Exhibit A.

**IT IS FURTHER ORDERED** that there are no other outstanding funeral and medical expenses.

**IT IS FURTHER ORDERED** that no money shall be paid for conscious pain and suffering.

**IT IS SO ORDERED.**

Dated: 3/15/13

U.S. ~~District Court~~ Judge
**MAGISTRATE**

**APPROVED AS TO FORM:**

/s/ E. Jason Blankenship
GEOFFREY N. FIEGER (P30441)
E. JASON BLANKENSHIP (P63566)
FIEGER, FIEGER, KENNEY, GIROUX,
    DANZIG & HARRINGTON, P.C.
Attorneys for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075
248.355.5555
j.blankenship@fiegerlaw.com

/s/ Jami E. Leach w/consent
JOHN J. GILLOOLY (P41948)
JAMI E. LEACH (P53524)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants
1000 Woodbridge Street
Detroit, MI 48207
313.446.5538
jleach@garanlucow.com