EXHIBIT B 

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| FINETTIE HAWKINS, Personal Representative of the Estate of RICHARD KOKENOS, deceased,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CITY OF WARREN, a municipal corporation, WILLIAM DWYER OFFICER RANDALL RICHARDSON, OFFICER KIMBERLY TEOLIS, OFFICER PAUL KULISEK, OFFICER ROBERT HORLOCKER, OFFICER COLIN MCCABE, and OFFICER WILLIAM MIERZWINSKI, Individually, and in Their Official Capacity, Jointly and Severally,<br><br>　　　　　　　Defendants. | CASE NO: 2:12-cv-13810-PJD-LJM<br><br>HON. PATRICK J. DUGGAN<br><br>MAGISTRATE JUDGE LAURIE J. MICHELSON<br><br><br>MAR 1 2 2013<br>CLERK'S OFFICE<br>DETROIT |

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441)<br>E. JASON BLANKENSHIP (P63566)<br>FIEGER, FIEGER, KENNEY, GIROUX, DANZIG & HARRINGTON, P.C.<br>Attorneys for Plaintiff<br>19390 W. Ten Mile Road<br>Southfield, MI 48075<br>248.355.5555<br>j.blankenship@fiegerlaw.com | JOHN J. GILLOOLY (P41948)<br>JAMI E. LEACH (P53524)<br>GARAN LUCOW MILLER, P.C.<br>Attorneys for Defendants<br>1000 Woodbridge Street<br>Detroit, MI 48207<br>313.446.5538<br>jleach@garanlucow.com |

## ORDER APPROVING SETTLEMENT AND DISBURSEMENT OF WRONGFUL DEATH SETTLEMENT PROCEEDS

This matter having come before the Court on Plaintiff's Motion to Approve Settlement and Disbursement of Wrongful Death Settlement Proceeds, the court having read the briefs, heard oral argument and being otherwise fully advised;

NOW THEREFORE:

**IT IS HEREBY ORDERED** that the settlement as set forth in Confidential Exhibit A is approved.

**IT IS FURTHER ORDERED** that the disbursement of the settlement proceeds shall be paid as set out in Confidential Exhibit A.

**IT IS FURTHER ORDERED** that there are no other outstanding funeral and medical expenses.

**IT IS FURTHER ORDERED** that no money shall be paid for conscious pain and suffering.

**IT IS SO ORDERED.**

Dated: 3/12/13

_____
U.S. ~~District Court~~ JUDGE
MAGISTRATE