# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

FINETTIE HAWKINS, Personal
Representative of the Estate of RICHARD
KOKENOS, deceased,

          Plaintiff,

v.

CITY OF WARREN, a municipal
corporation, WILLIAM DWYER
OFFICER RANDALL RICHARDSON,
OFFICER KIMBERLY TEOLIS,
OFFICER PAUL KULISEK, OFFICER
ROBERT HORLOCKER, OFFICER
COLIN MCCABE, and OFFICER
WILLIAM MIERZWINSKI, Individually,
and in Their Official Capacity, Jointly and
Severally,

          Defendants.

CASE NO: 2:12-cv-13810-PJD-LJM

HON. PATRICK J. DUGGAN

MAGISTRATE JUDGE LAURIE J. MICHELSON

GEOFFREY N. FIEGER (P30441)
E. JASON BLANKENSHIP (P63566)
FIEGER, FIEGER, KENNEY, GIROUX,
    DANZIG & HARRINGTON, P.C.
Attorneys for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075
248.355.5555
j.blankenship@fiegerlaw.com

JOHN J. GILLOOLY (P41948)
JAMI E. LEACH (P53524)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants
1000 Woodbridge Street
Detroit, MI 48207
313.446.5538
jleach@garanlucow.com

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

At a session of said Court
held in the United States District Court,
for the Eastern District of Michigan, Southern Division
on March 20, 2013.

PRESENT:  HON.PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The parties having stipulated to the terms of this Order pursuant to their mutual

settlement of this case, and the Court being otherwise advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice and without costs awarded to either party.

This Order resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: March 20, 2013
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, March 20, 2013, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager


**APPROVED AS TO FORM:**


/s/ E. Jason Blankenship
GEOFFREY N. FIEGER (P30441)
E. JASON BLANKENSHIP (P63566)
FIEGER, FIEGER, KENNEY, GIROUX,
    DANZIG & HARRINGTON, P.C.
Attorneys for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075
248.355.5555
j.blankenship@fiegerlaw.com

/s/ Jami E. Leach w/consent
JOHN J. GILLOOLY (P41948)
JAMI E. LEACH (P53524)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants
1000 Woodbridge Street
Detroit, MI 48207
313.446.5538
jleach@garanlucow.com